PARKER *et al. v.* LINDEN *et al.*

*(Supreme Court, General Term, First Department.　June 12, 1891.)*

**No** opinion.　Motion denied, with $10 costs.　See 13 N. Y. Supp. 95, 787; 14 N. Y. Supp. 938.

———

GERMAN-AMERICAN TITLE GUARANTEE CO. *v.* VAN SLINGERLANDT *et al.*

*(Supreme Court, General Term, First Department.　June 12, 1891.)*

**No** opinion.　Motion granted.

———

ABBOTT *v.* PETERSBURG GRANITE QUARRYING CO.

*(Supreme Court, General Term, First Department.　June 12, 1891.)*

·**No** opinion.　Motion denied, with $10 costs.

———

PEOPLE *v.* McGONEGAL.

*(Supreme Court, General Term, First Department.　June 12, 1891.)*

**No** opinion.　Motion denied.

———

PEOPLE *v.* LOEW.

*(Supreme Court, General Term, First Department.　June 12, 1891.)*

**No** opinion.　Motion denied.

———

*In re* TOPPING'S ESTATE.

*In re* KINGSLAND.

*(Supreme Court, General Term, First Department.　June 12, 1891.)*

**No** opinion.　Motion denied, with $10 costs.　See 9 N. Y. Supp. 447.

———

GRALEY *v.* HARLEM BRIDGE, M. & F. R. Co. *et al.*

*(Supreme Court, General Term, First Department.　June 26, 1891.)*

**Action** by James Graley, an infant, etc., against the Harlem Bridge, Morrisania & Fordham Railroad Company.

**No** opinion.　Order affirmed, without costs.

———

*In re* WATTS' ESTATE.

*(Supreme Court, General Term, Second Department.　May 11, 1891.)*

**No** opinion.　Appeal dismissed, and order affirmed, with costs, for not filing papers according to stipulation.

———

WEILER *v.* SWEENEY.

*(Supreme Court, General Term, Second Department.　July 2, 1891.)*

Action by Herman Weiler against Dominick P. Sweeney.

No opinion.　Order affirmed for non-service of papers on appeal, with costs.

———

MATTICE *v.* MATTICE.

*(Supreme Court, General Term, Second Department.　July 2, 1891.)*

Action by Eleanor J. Mattice against Richard B. Mattice.

No opinion.　Order affirmed for non-service of printed papers according to order.